IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:14CR489-1 |
| | : | |
| JOYCE HUSKEY STANLEY | : | |

The Grand Jury charges:

COUNT ONE

On or about April 18, 2013 in the County of Rockingham, in the Middle District of North Carolina, JOYCE HUSKEY STANLEY knowingly and with intent to deceive did falsely represent, for the purposes of obtaining a Chase Bank credit card account, a number, to wit: ███████, to be the Social Security number assigned to her by the Commissioner of Social Security, when in truth and fact, as she then well knew, such number was not the Social Security number assigned to her by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT TWO

On or about April 18, 2013, in the County of Rockingham, in the Middle District of North Carolina, JOYCE HUSKEY STANLEY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a Social Security number, in violation of

Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count One and incorporated by reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and Social Security number belonging to a person whose initials are J.M.; in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT THREE

From on or about April 28, 2013, continuing up to and including on or about May 21, 2013, the exact dates to the Grand Jurors unknown, in the County of Rockingham, in the Middle District of North Carolina, JOYCE HUSKEY STANLEY knowingly and with intent to defraud did traffic in, use and cause to be used one or more unauthorized access devices, that is, Chase Bank credit card account number ███████████, that was obtained with intent to defraud, and by such trafficking and use did obtain things of value aggregating $1,000.00 or more during a one-year period, that is, approximately $3,554.59 of merchandise and online tuition payments to the University of North Carolina at Charlotte, which acts did affect interstate commerce; in violation of Title 18, United States Code, Section 1029(a)(2).

COUNT FOUR

On or about May 13, 2013, in the County of Rockingham, in the Middle District of North Carolina, JOYCE HUSKEY STANLEY

2

knowingly and with intent to deceive did falsely represent, for the purposes of obtaining a Citibank credit card account, a number, to wit: ▇▇▇▇▇▇, to be the Social Security number assigned to her by the Commissioner of Social Security, when in truth and fact, as she then well knew, such number was not the Social Security number assigned to her by the Commissioner of Social Security; in violation of Title 42, United States Code, Section 408(a)(7)(B).

COUNT FIVE

On or about May 13, 2013, in the County of Rockingham, in the Middle District of North Carolina, JOYCE HUSKEY STANLEY, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit: false representation of a Social Security number, in violation of Title 42, United States Code, Section 408(a)(7)(B), as alleged in Count Four and incorporated by reference herein, knowingly possessed and used without lawful authority a means of identification of another person, that is, the name and Social

3

Security number belonging a person whose initials are T.G.; in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
FRANK J. CHUT, JR.
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY

4